AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | | |
|---|---|---|
| Tulio Rafael Mena | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 6:25-CV-6034-MAV |
| Joseph E. Freden, et al., | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ **recover from the defendant** *(name)* _____ **the amount of** _____ **dollars ($** _____ **), which includes prejudgment interest at the rate of** _____ **%, plus post judgment interest at the rate of** _____ **% per annum, along with costs.**

☐ **the plaintiff recover nothing, the action be dismissed on the merits, and the defendant** *(name)* _____ **recover costs from the plaintiff** *(name)* _____ .

☒ **other:** the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is granted to the extent as outlined in the Decision and Order (docket #6) and the case is closed.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge   Meredith A. Vacca   on a motion for   N/A .

Date:   05/14/2025

*CLERK OF COURT*

s/Mary C. Loewenguth

*Signature of Clerk or Deputy Clerk*